B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>EASTERN DISTRICT OF TENNESSEE<br>SOUTHERN DIVISION (CHATTANOOGA) | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Phillips Brothers Machine Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **58-1615947** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1198 Shattuck Industrial Blvd.**<br>**Lafayette, GA**<br>ZIP CODE **30728** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Walker** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1198 Shattuck Industrial Blvd.**<br>**Lafayette, GA**<br>ZIP CODE **30728** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (04/13)** <span style="float:right">**Page 2**</span>

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   **Phillips Brothers Machine Co., Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br><span style="float:right">Date</span> |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
### (Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state

### Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____<br>
(Name of landlord that obtained judgment)

_____<br>
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2015 (Build 11.2.4.1, ID 1553*

**B1 (Official Form 1) (04/13)**                                                                                   Page 3

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Phillips Brothers Machine Co., Inc.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

Telephone Number (If not represented by attorney)

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

#### Signature of Attorney*

X **/s/ Jerrold D. Farinash**
_____

**Jerrold D. Farinash**                    Bar No. **10220**

**Farinash & Hayduk**
**100 West M L King Blvd**
**Ste. 816**
**Chattanooga, TN 37402**

Phone No. **(423) 805-3100**        Fax **(423) 805-3101**

**3/4/2015**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Phillips Brothers Machine Co., Inc.**

X **/s/ Randall E. Phillips**
_____
Signature of Authorized Individual

**Randall E. Phillips**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**3/4/2015**
_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION (CHATTANOOGA)**

IN RE:   **Phillips Brothers Machine Co., Inc.**

CASE NO

CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. Debtor's employer identification number is_____ **58-1615947** _____.

2. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3. The following financial data is the latest available information and refers to the debtor's condition on___ **3/4/2015** ___.

   a. Total Assets          **$1,802,849.94**

   b. Total Liabilities       **$3,589,488.79**

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | **$979,671.57** | **5** |
| Contingent  secured debt | **$0.00** | **0** |
| Disputed secured debt | **$0.00** | **0** |
| Unliquidated secured debt | **$0.00** | **0** |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | **$2,609,817.22** | **111** |
| Contingent  unsecured debt | **$0.00** | **0** |
| Disputed unsecured debt | **$0.00** | **0** |
| Unliquidated unsecured debt | **$0.00** | **0** |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

***Comments, if any***

4. Brief description of debtor's business:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION (CHATTANOOGA)**

IN RE:   **Phillips Brothers Machine Co., Inc.**

CASE NO

CHAPTER   **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

| |
|---|
| 5. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:<br>*Randall E. Phillips* |
| 6. List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor: |

I, _____**Randall E. Phillips**_____ , the _____**President**_____ of the corporation
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and
that it is true and correct to the best of my information and belief.

Date:___**3/4/2015**_____          Signature:___**/s/ Randall E. Phillips**_____
                                                                    ***Randall E. Phillips***
                                                                    **President**

B6A (Official Form 6A) (12/07)

In re  **Phillips Brothers Machine Co., Inc.**                              Case No. _____
                                                                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Phillips Brothers Machine Co., Inc.**
Case No. _____
(if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking - Cornerstone Community Bank<br>Checking - Northwest Georgia Bank | $22,380.00<br>$771.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Utilities - City of Lafayette | $2,000.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Phillips Brothers Machine Co., Inc.**                                     Case No.  _____
                                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable | | $570,309.94 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Phillips Brothers Machine Co., Inc.**                                    Case No. _____

                                                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Ford F150 | $3,100.00 |
| | | 1999 Ford F800 | $7,500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Phillips Brothers Machine Co., Inc.**                              Case No. _____

                                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 2009 Ford F250 | $20,000.00 |
| | | 2011 Ford F250 | $31,900.00 |
| | | 2012 International | $31,337.00 |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture and office Equipment | $49,165.00 |
| | | Machinery and equipment | $1,064,387.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | | Inventory | $780,430.00 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

                                              ___3___ continuation sheets attached          **Total  >** | **$2,583,279.94** |
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re   **Phillips Brothers Machine Co., Inc.**                    Case No. _____
                                                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                       $155,675.*
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to c commenced on or after the date of adjustment.*   **$0.00**   **$0.00**

B6D (Official Form 6D) (12/07)

In re __Phillips Brothers Machine Co., Inc.__

Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx5738**<br><br>**CORNERSTONE COMMUNITY BANK**<br>**4154 Ringgold Road**<br>**Chattanooga, TN 37412** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**other**<br>COLLATERAL:<br>**Accounts Receivable**<br>REMARKS:<br><br>VALUE: **$497,057.02** | | | | $497,057.02 | |
| ACCT #: **xxxx5722**<br><br>**CORNERSTONE COMMUNITY BANK**<br>**4154 Ringgold Road**<br>**Chattanooga, TN 37412** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Other**<br>COLLATERAL:<br>**Accounts Receivable**<br>REMARKS:<br><br>VALUE: **$476,400.73** | | | | $476,400.73 | |
| ACCT #: **xxxx8690**<br><br>**FORD CREDIT**<br>**P O BOX 62180**<br>**COLORADO SPRINGS, CO 80962** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2009 Ford F250**<br>REMARKS:<br><br>VALUE: **$31,900.00** | | | | $2,536.32 | |
| ACCT #: **xxxxxxx0700**<br><br>**GE CAPITAL**<br>**P O BOX 3083**<br>**CEDAR RAPIDS, IA 52406-3083** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2012 International**<br>REMARKS:<br><br>VALUE: **$31,337.00** | | | | $2,946.34 | |
| | | Subtotal (Total of this Page) > | | | | **$978,940.41** | **$0.00** |
| | | Total (Use only on last page) > | | | | | |

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities

B6D (Official Form 6D) (12/07) - Cont.

In re   **Phillips Brothers Machine Co., Inc.**                              Case No. _____

                                                                                        (if known)


## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxxxx3000<br><br>**SUNTRUST CONSUMER LOAN PAYMEN**<br>**P O BOX 305053**<br>**NASHVILLE, TN 37230** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**2009 Ford F250**<br>REMARKS:<br><br>VALUE: **$20,000.00** | | | | $731.16 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached

Subtotal (Total of this Page) >

to Schedule of Creditors Holding Secured Claims    **Total (Use only on last page) >**

| | |
|---|---|
| $731.16 | $0.00 |
| $979,671.57 | $0.00 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities

B6E (Official Form 6E) (04/13)

In re __Phillips Brothers Machine Co., Inc.__                                  Case No. _____
                                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheet

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Phillips Brothers Machine Co., Inc.** Case No. _____

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, |
|---|---|---|---|---|---|---|---|---|
| ACCT #**xxxxxx Only**<br>**Georgia Department of Revenue**<br>**Compliance Division**<br>**ARCS - Bankruptcy**<br>**1800 Century Blvd NE, Suite 9100**<br>**Atlanta, GA 30345-3202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** | **$0.00** | **$0.00** |
| ACCT #**xxxxxx ONLY**<br>**Internal Revenue Service**<br>**Central Insolvency Operation**<br>**P O Box 21126**<br>**Philadelphia, PA 19114-0326** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **$0.00** | **$0.00** | **$0.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. __1__ of 1_____ continuation sheets **Subtotals (Totals of this page) >** | **$0.00** | **$0.00** | **$0.00**
attached to Schedule of Creditors Holding Priority Claims **Total >** | **$0.00** | |

(Use only on last page of the completed Schedule E.

**Totals >** | | **$0.00** | **$0.00**

(Use only on last page of the completed Schedule E.

If applicable, report also on the Statistical

B6F (Official Form 6F) (12/07)

In re  **Phillips Brothers Machine Co., Inc.**                           Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **4689**<br>**A M CASTLE & CO/CASTLE METALS**<br>**1420 KENSINGTON RD STE 220**<br>**OAKBROOK, IL 60523** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $70,709.71 |
| ACCT #:  **xxxxxxxxx0001**<br>**ACCIDENT FUND INS CO OF AMERICA**<br>**P O BOX 40790**<br>**LANSING, MI 48901-7990** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $7,833.10 |
| ACCT #:  **x7774**<br>**ACE HARDWARE**<br>**4921 HWY 58**<br>**CHATTANOOGA, TN 37416** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $10,068.37 |
| ACCT #:  **xxx1814**<br>**ACS OF GEORGIA-CHAMBLEE**<br>**3812 GREEN INDUSTRIAL WAY**<br>**CHAMBLEE, GA 30341** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,303.43 |
| ACCT #:  **xx5579**<br>**ADP, LL**<br>**ONE ADP DRIVE MS-100**<br>**AUGUSTA, GA 30909** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,041.45 |
| ACCT #:  **xxxxx0001**<br>**ALLIANT HEALTH PLANS, INC**<br>**1503 N TIBBS RD**<br>**DALTON, GA 30720** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1.00 |

Subtotal >                                                           $91,957.06

Total >
(Use only on last page of the completed Schedule F.)

_____18_____ continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillips Brothers Machine Co., Inc.**                              Case No. _____

                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **P201**<br>**ALLTRA CORPORATION**<br>**P O BOX 370**<br>**DEWEY, OK 74029** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$5,651.24** |
| ACCT #:  **xxx1243**<br>**APPLIED INDUSTRIAL TECH.**<br>**4136 JERSEY PIKE STE A**<br>**CHATTANOOGA, TN 37421-2241** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$11,621.73** |
| ACCT #:  **xx3288**<br>**ASHLEY SLING INC.**<br>**3711 CALHOUN AVE**<br>**CHATTANOOGA, TN 37407** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,194.77** |
| ACCT #:  **8110**<br>**ASTRALLOY STEEL PRODUCTS**<br>**8 WOOD HOLLOW RD ST 102**<br>**PARSIPPANY, NJ 7054** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$27,596.87** |
| ACCT #:  **xx9959**<br>**AVERITT EXPRESS**<br>**1415 NEAL STREET**<br>**COOKEVILLE, TN 38502-3145** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$12,154.87** |
| ACCT #:  **xx1089**<br>**BEST ONE TIRE SERVICE**<br>**2348 ROSSVILLE BLVD**<br>**CHATTANOOGA, TN 37408** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$2,739.16** |

Sheet no.  **1**      of **18**      continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  **$60,958.64**

**Total >**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillips Brothers Machine Co., Inc.**                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**BLUFF ROCK LANDSCAPE MAINTENANCE**<br>**P O BOX 7**<br>**CHICKAMAUGA, GA 30707** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$400.00** |
| ACCT #:  **1637**<br>**BODYCOTE THERMAL PROCESSING INC**<br>**1690 HWY 138 N E**<br>**CONYERS, GA 30013** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$28,303.72** |
| ACCT #:  **PHIL**<br>**BOXX GEAR MANUFACTURING INC**<br>**787 OLD TRINITY ROAD**<br>**DECATUR, AL 35601** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$16,249.00** |
| ACCT #:  **xX975**<br>**BP BUSINESS SOLUTIONS**<br>**P O BOX 923928**<br>**NORCROSS, GA 30010** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$4,980.82** |
| ACCT #:  **xxxx xxxx xxxx 0246**<br>**BUSINESS CARD BK OF AMERICA**<br>**P O BOX 982238**<br>**EL PASO, TX 79998** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$14,450.69** |
| ACCT #:  **C32**<br>**C & S PLATING & MACHINE, INC**<br>**9077 HIGHWAY 11, SOUTH**<br>**TRENTON, GA 30752** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$26,328.80** |

Sheet no. __**2**__ of__**18**__ continuation sheets attached to       **Subtotal >**       | **$90,713.03** |

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Phillips Brothers Machine Co., Inc.**                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x2059**<br>**CCTY USA BEARING CO**<br>**1111 ROSE ROAD**<br>**LAKE ZURICH, IL 60047** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $3,895.20 |
| ACCT #:  **xx170E**<br>**CENTURY SPRING CORP.**<br>**P O BOX 15287**<br>**LOS ANGELES, CA 90015** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $784.95 |
| ACCT #:<br>**CHATTANOOGA PAPER & PACKAGING**<br>**1641 FERNWOOD CIRCLE**<br>**CHATTANOOGA, TN 37421** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,247.27 |
| ACCT #:  **xxxxx9204**<br>**CITY OF LAFAYETTE**<br>**P O BOX 89**<br>**LAFAYETTE, GA 30728** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1.00 |
| ACCT #:  **xxxx9500**<br>**COLONIAL  SUPPLEMENTAL INS. CO.**<br>**PROC CTR P O BOX 1365**<br>**COLUMBIA, SC 29202-1365** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1.00 |
| ACCT #:  **x8659**<br>**COMMUNICATIONS & ELECTRONICS**<br>**P O BOX 5445**<br>**CHATTANOOGA, TN 37406** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,101.03 |

Sheet no.   __3__   of__18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**                    $8,030.45

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re __Phillips Brothers Machine Co., Inc.__                          Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx7000**<br>**COMPANION LIFE INSURANCE CO**<br>**P O BOX 100102**<br>**COLUMBIA, SC 29202-3102** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1.00** |
| ACCT #:  **4087**<br>**CRESWELL RICHARDSON**<br>**900 APPLING STREET**<br>**CHATTANOOGA, TN 37406** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$4,272.12** |
| ACCT #:  **xx7952**<br>**DE LAGE LANDEN FINANCIAL SERV**<br>**P O BOX 41602**<br>**PHILADELPHIA, PA 19101-1602** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$170.01** |
| ACCT #:  **xx2981**<br>**DIRECT METALS**<br>**3775 COBB INTERNATIONAL BLVD**<br>**KENNESAW, GA 30152** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$414.50** |
| ACCT #:  **xx1161**<br>**DUPLICATOR SUPPLY CO.,INC**<br>**P.O.BOX 3323**<br>**CHATTANOOGA, TN 37404-0323** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$182.69** |
| ACCT #:<br>**DYNAMIC COMPUTER SALES & SERVICE**<br>**P O BOX 8125**<br>**CHATTANOOGA, TN 37414** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1.00** |

Sheet no. __4__ of__18__ continuation sheets attached to        **Subtotal >**        **$5,041.32**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                         **(Report also on Summary of Schedules and, if applicable, on the**
                                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Phillips Brothers Machine Co., Inc.**                                   Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x0761**<br>**EDWARD W DANIEL LLC**<br>**46950 STATE ROUTE 18 W, STE B**<br>**WELLINGTON, OH 44090** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$9,472.64** |
| ACCT #:  **x5027**<br>**ELLISON TECHNOLOGIES**<br>**4345 MORRIS PARK DR**<br>**CHARLOTTE, NC 28227** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,185.64** |
| ACCT #:  **xxxxxxxx7302**<br>**EMPLOYERS ASSURANCE COMPANY**<br>**14120 BALLANTYNE CORP PL STE 100**<br>**CHARLOTTE, NC 28277-2685** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$16,054.00** |
| ACCT #:<br>**ENGINEERED SEALING PRODUCTS INC**<br>**P O BOX 310**<br>**COLLEGE GROVE, TN 37046** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$2,544.40** |
| ACCT #:  **xxxB000**<br>**EPSI MASKING & HANGING SOLUTIONS**<br>**4221 COURTNEY ROAD**<br>**FRANKSVILLE, WI 53126** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$802.27** |
| ACCT #:  **xxx3662**<br>**ESTES EXPRESS LINES**<br>**P O BOX 25612**<br>**RICHMOND, VA 23260-5612** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$2,975.50** |

Sheet no. __5__ of **18** _____ continuation sheets attached to                     **Subtotal >**          **$33,034.45**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          **Total >**
                                                                    **(Use only on last page of the completed Schedule F.)**
                                                                **(Report also on Summary of Schedules and, if applicable, on the**
                                                                **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phillips Brothers Machine Co., Inc.**                                    Case No. _____

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx0025**<br>**FASTENAL**<br>**4716 ROSSVILLE BLVD**<br>**CHATTANOOGA, TN 37407** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $5,555.78 |
| ACCT #:  **x1114**<br>**FIVE STAR FOOD SERVICE INC**<br>**248 ROLLINS INDUSTRIAL COURT**<br>**RINGGOLD, GA 30736** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,718.05 |
| ACCT #:  **xxx xxx3473**<br>**FLEGAL INSURANCE INC.**<br>**P.O.BOX 39**<br>**ROSSVILLE, GA 30741** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $3,478.28 |
| ACCT #:<br>**HEIL ENVIRONMENTAL**<br>**106 45TH STREET N.E.**<br>**FORT PAYNE, AL 35967** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $167,356.69 |
| ACCT #:  **x0250**<br>**HENDERSON HUTCHERSON & MCCULLOUGH**<br>**1200 MARKET STREET**<br>**CHATTANOOGA, TN 37421** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $54,877.09 |
| ACCT #:  **927**<br>**INDUSTRIAL WELDING SUPPLY**<br>**P O BOX 4014**<br>**CHATTANOOGA, TN 37405** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $106,414.54 |

Sheet no.   **6**        of **18**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    $339,400.43

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phillips Brothers Machine Co., Inc.**                                   Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**J & M TOOL CUTTER GRINDING, INC**<br>**38 DEVILS CREEK RD**<br>**CORBIN, KY 40701** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $386.50 |
| ACCT #:  **xx1528**<br>**J SUPPLY CO INC**<br>**88 ADDINGTON DR**<br>**ROME, GA 30165** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $154.53 |
| ACCT #:  **xxx0572**<br>**JEFFREYS**<br>**8500 TRIAD DRIVE**<br>**COLFAX, NC 27235** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $672.50 |
| ACCT #:  **xxx0005**<br>**JORGENSEN CONVEYORS, INC**<br>**10303 NORTH BAEHR ROAD**<br>**MEQUON, WI 53092-4611** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,869.48 |
| ACCT #:  **xx3196**<br>**JOSEPH T RYERSON & SON**<br>**4400 PEACHTREE IND BLVD**<br>**NORCROSS, GA 30091-4725** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,076,173.17 |
| ACCT #:<br>**K-M INDUSTRIAL PRODUCTS**<br>**P O BOX 1285**<br>**OXFORD, GA 30054** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $985.74 |

Sheet no. ___7___ of___18___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  $1,081,241.92

**Total >**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Phillips Brothers Machine Co., Inc.__                          Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  x9484<br>**KENCO MATERIAL HANDLING SOLUTIONS**<br>**2001 RIVERSIDE DR BLDG #3**<br>**CHATTANOOGA, TN 37401** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$7,950.34** |
| ACCT #:<br>**KIRK MACHINE CO.**<br>**P O BOX 2066**<br>**CHATTANOOGA, TN 37409** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$11,870.00** |
| ACCT #:  651<br>**KLEEN-A-MATIC**<br>**P.O.BOX 730**<br>**ROSSVILLE, GA 30741** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$43,090.99** |
| ACCT #:  xxxxxxxx BROS<br>**LEGACY MANUFACTURING, INC**<br>**2775 LAKEVIEW DR**<br>**ROSSVILLE, GA 30741** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$11,116.62** |
| ACCT #:  xxx xxx xxx798 3<br>**LOWES/SYNCHRONY BANK**<br>**P O BOX 965060**<br>**ORLANDO, FL 32896-5060** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,127.81** |
| ACCT #:  xxxxxxxx xxOTHE<br>**M FORCE STAFFING INC**<br>**1626 DOWNTOWN WEST BOULEVARD**<br>**KNOXVILLE, TN 37919** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$51,177.29** |

Sheet no. __8__ of __18__ continuation sheets attached to                    **Subtotal >**        **$126,333.05**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                                              (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                        Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phillips Brothers Machine Co., Inc.**                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxx2-001**<br>**MACHINERY FINANCE RESOURCES**<br>**P O BOX 7167**<br>**PASADENA, CA 91109-7167** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$14,006.40** |
| ACCT #:  **2225**<br>**MARMON/KEYSTONE COMPANY**<br>**4250 BLUE RIDGE IND. PKWY**<br>**NORCROSS, GA 30071** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$10,776.59** |
| ACCT #:  **xxxxx-0001**<br>**MATERIAL HANDLING, INC**<br>**1050 STUART ST**<br>**CHATTANOOGA, TN 37406** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$271.15** |
| ACCT #:  **xx0975**<br>**MAZAK CORPORATION - S E**<br>**8025 PRODUCTION DRIVE**<br>**FLORENCE, KY 41022** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$831.04** |
| ACCT #:  **xxxxx7100**<br>**MCMASTER-CARR**<br>**6100 FULTON IND BLVD SW**<br>**ATLANTA, GA 30336-2853** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$7,135.00** |
| ACCT #:  **624**<br>**METALTEK INTERNATIONAL**<br>**4180 SOUTH CREEK ROAD**<br>**CHATTANOOGA, TN 37406** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$2,331.34** |

Sheet no.   **9**   of **18**   continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$35,351.52**

**Total >**

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phillips Brothers Machine Co., Inc.**                     Case No. _____

                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx8909**<br>**MITSUBISHI ELECTRIC AUTOMATION INC.**<br>**500 CORPORATE WOODS PKWY**<br>**VERNON HILLS, IL 60061** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $453.49 |
| ACCT #:  **xxxx15-01**<br>**MOTION INDUSTRIES**<br>**3740 POWERS COURT STE 400**<br>**CHATTANOOGA, TN 37416** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $10,182.14 |
| ACCT #:  **xx3252**<br>**MSC INDUSTRIAL SUPPLY**<br>**4295 CROMWELL RD STE 307**<br>**CHATTANOOGA, TN 37421** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $12,507.43 |
| ACCT #:  **xx5741**<br>**O'REILLY AUTOMOTIVE STORES, INC.**<br>**P.O.BOX 9464**<br>**SPRINGFIELD, MO 65801-9464** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,587.69 |
| ACCT #:  **xxxxxxxxxxxx5870**<br>**OFFICE DEPOT CREDIT PLAN**<br>**P O BOX 790449**<br>**ST LOUIS, MO 63179-0449** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $749.56 |
| ACCT #:  **xxx4918**<br>**ONEAL STEEL, INC**<br>**P O BOX 2623**<br>**BIRMINGHAM, AL 35202** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $82,154.79 |

Sheet no. **10** of **18** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $107,635.10

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phillips Brothers Machine Co., Inc.**                                    Case No. _____

                                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **PIPING SUPPLY COMPANY INC** <br> **3008 N HICKORY STREET** <br> **CHATTANOOGA, TN 37406** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $139.02 |
| ACCT #: **xxxx703a** <br> **PITNEY BOWES** <br> **P O BOX 371887** <br> **PITTSBURGH, PA 15250-7887** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $199.02 |
| ACCT #: **xxxxxxx-x0001** <br> **PLIC - SBD GRAND ISLAND** <br> **P O BOX 10372** <br> **DES MOINES, IA 50306-0372** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $1.00 |
| ACCT #: **961** <br> **PM ALARMS, LLC** <br> **P O BOX 22505** <br> **CHATTANOOGA, TN 37422** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $124.50 |
| ACCT #: **xxx0006** <br> **POWER SYSTEMS INC** <br> **805 MCFARLAND PKWY** <br> **ALPHARETTA, GA 3004** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $4,798.96 |
| ACCT #: <br> **PREMIER ENGINEERING** <br> **1635 LAKES PARKWAY STE U** <br> **LAWRENCEVILLE, GA 30043-5858** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $26,169.66 |

Sheet no. ___11___ of ___18___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $31,432.16

**Total >**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Phillips Brothers Machine Co., Inc._____          Case No. _____

                                                                                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxBRMA**<br>**PRODUCTION TOOL SYS. INC.**<br>**2100 SOUTH HOLTZCLAW AVE**<br>**CHATTANOOGA, TN 37404** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,710.52 |
| ACCT #:  **xxxxx-xxxxxx6716**<br>**REMEDY INTELLIGENT STAFFING**<br>**6227 LEE HWY STE J**<br>**CHATTANOOGA, TN 37421** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,069.76 |
| ACCT #:  **xxx64-00**<br>**RENISHAW INC.**<br>**5277 TRILLIUM BLVD**<br>**HOFFMAN ESTATES, IL 60192** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,179.38 |
| ACCT #:  **1099**<br>**ROCK-TENN FINANACIAL INC**<br>**P O BOX 4098**<br>**NORCROSS, GA 30091** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $7,102.00 |
| ACCT #:  **xxx1775**<br>**ROLLED ALLOYS INC**<br>**125 W STERNS ROAD**<br>**TEMPERANCE, MI 48182** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,375.02 |
| ACCT #:  **PH**<br>**SAFETY & COMPLIANCE MGMT, INC.**<br>**P O BOX 615**<br>**ROCK SPRING, GA 30739** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $625.00 |

Sheet no. __12___ of __18_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**          $15,061.68

**Total >**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Phillips Brothers Machine Co., Inc.** _____  Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx3762**<br>**SAFETY-KLEEN CORP**<br>**2600 N CENTRAL EXPRSWY STE 400**<br>**RICHARDSON, TX 75080** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $970.26 |
| ACCT #:<br>**SAS GLOBAL**<br>**21601 MULLIN AVE**<br>**WARREN, MI 48089** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $11,370.67 |
| ACCT #:  **3217**<br>**SECURITY STEEL SUPPLY CO.**<br>**P O BOX 227**<br>**KANKAKEE, IL 60901** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $4,829.27 |
| ACCT #:  **xxxxxxxxBROS**<br>**SHOPTECH**<br>**180 GLASTONBURY BLVD SUITE 303**<br>**GLASTONBURY, CT 6033** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $5,856.00 |
| ACCT #:  **xxx-xxxxxx9-000**<br>**SIEMENS FINANCIAL SERVICES INC**<br>**301 LINDENWOOD DR STE 215**<br>**MALVERN, PA 19355** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $19,595.20 |
| ACCT #:  **xx4333**<br>**SISKIN STEEL COMPANY**<br>**P O BOX 1191**<br>**CHATTANOOGA, TN 37401-1191** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $291,369.45 |

Sheet no. __13__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $333,990.85

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Phillips Brothers Machine Co., Inc._____          Case No. _____
                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **4458**<br>**SOUTHEAST RUBBER & SAFETY**<br>**P O BOX 1568**<br>**CHATTANOOGA, TN 37401** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$4,197.84** |
| ACCT #:<br>**SPINDLES PLUS, INC.**<br>**4265 ARMSTRONG BLVD.**<br>**BATAVIA, OH 45103** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$7,147.21** |
| ACCT #:  **xxx xxxx-xx0-11I**<br>**STATE FARM INS. COMPANY**<br>**11350 JOHNS CREEK PKWY**<br>**DULUTH, GA 30089-0001** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$695.82** |
| ACCT #:  **xxx xxxx-x30-11**<br>**STATE FARM INS. COMPANY**<br>**11350 JOHNS CREEK PKWY**<br>**DULUTH, GA 30089-0001** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$612.15** |
| ACCT #:  **xxx xxxx-xx6-11E**<br>**STATE FARM INS. COMPANY**<br>**11350 JOHNS CREEK PKWY**<br>**DULUTH, GA 30098-0001** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xxx xxxx-xx4-11B**<br>**STATE FARM INS. COMPANY**<br>**11350 JOHNS CREEK PKWY**<br>**DULUTH, GA 30098-0001** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1.00** |

Sheet no. __14__ of __18_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  | **$12,655.02**

**Total >**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Phillips Brothers Machine Co., Inc.__                           Case No. _____

                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx xxxx-xx4-11T**<br>**STATE FARM INS. COMPANY**<br>**11350 JOHNS CREEK PKWY**<br>**DULUTH, GA 30098-0001** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1.00 |
| ACCT #:<br>**STATELINE FASTENERS, LLC**<br>**P O BOX 91165**<br>**CHATTANOOGA, TN 37412** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $25,420.79 |
| ACCT #:  **xx8346**<br>**TCF EQUIPMENT FINANCE, INC**<br>**15450 S OUTER FORTY DR STE 220**<br>**CHESTERFIELD, MO 63017** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $7,725.60 |
| ACCT #:  **9098**<br>**TCI, INC**<br>**734 DIXON DRIVE**<br>**ELLAVILLE, GA 31806** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $5,446.90 |
| ACCT #:  **x2500**<br>**TECHNOLOGY SALES CO. INC**<br>**4027-B SOUTH ACCESS ROAD**<br>**CHATTANOOGA, TN 37406** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $12,267.20 |
| ACCT #:  **xxxxxx9693**<br>**THE CINCINNATI INSURANCE COMPANY**<br>**P O BOX 145620**<br>**CINCINNATI, OH 45250-5620** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $8,356.00 |

Sheet no. __15__ of __18__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $59,217.49

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phillips Brothers Machine Co., Inc.**                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx5279**<br>**TOOL CRIB**<br>**3002 INDUSTRIAL PKWY**<br>**KNOXVILLE, TN 37950** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$121,241.33** |
| ACCT #:  **xxx5301**<br>**ULINE**<br>**12575 ULINE DRIVE**<br>**PLEASANT PRAIRIE, WI 53158** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,884.40** |
| ACCT #:  **xxx9524**<br>**UNITED RENTALS (NORTH AMERICA), INC**<br>**320 INDUSTRIAL BLVD**<br>**RINGGOLD, GA 30736** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$11,892.73** |
| ACCT #:<br>**UPS**<br>**P O BOX 7247-0244**<br>**PHILADELPHIA, PA 19170** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$241.77** |
| ACCT #:  **xxx7432**<br>**UPS FREIGHT**<br>**P O BOX 1216**<br>**RICHMOND, VA 23218-1216** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$3,477.42** |
| ACCT #:  **xxx-xxxxxx3-003**<br>**US BANCORP EQUIPMENT FINANCE INC**<br>**1310 MADRID ST STE 107**<br>**MARSHALL, MN 56258** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$7,868.40** |

Sheet no. __**16**__  of__**18**____ continuation sheets attached to           **Subtotal >** | **$146,606.05**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                  **Total >**

                                    **(Use only on last page of the completed Schedule F.)**

                          **(Report also on Summary of Schedules and, if applicable, on the**
                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Phillips Brothers Machine Co., Inc.**                                    Case No. _____

                                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xxxxxx3-002**<br>**US BANCORP EQUIPMENT FINANCE INC**<br>**1310 MADRID ST STE 107**<br>**MARSHALL, MN 56258** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$11,906.40** |
| ACCT #:  **xx5756**<br>**USF HOLLAND INC**<br>**P O BOX 9021**<br>**HOLLAND, MI 49422-9021** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$108.00** |
| ACCT #:  **xxxxxxxx0001**<br>**VISION SERVICE PLAN**<br>**P O BOX 742529**<br>**LOS ANGELES, CA 90074-2529** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1.00** |
| ACCT #:  **xx0160**<br>**WALTER A. WOODS SUPPLY CO**<br>**P O BOX 100**<br>**ROSSVILLE, GA 30741** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,908.44** |
| ACCT #:  **xxxx2475**<br>**WASTE SERVICES OF GEORGIA**<br>**1387 WISDOM STREET**<br>**CHATTANOOGA, TN 37406** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$514.25** |
| ACCT #:  **xxx5058**<br>**WILSON TOOL INTERNATIONAL**<br>**12912 FARNHAM AVENUE**<br>**WHITE BEAR LAKE, MN 55110** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,246.07** |

Sheet no. __**17**__ of __**18**__ continuation sheets attached to              **Subtotal >**            **$15,684.16**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                      **Total >**
                                                                          **(Use only on last page of the completed Schedule F.)**
                                                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re __Phillips Brothers Machine Co., Inc.__                    Case No. _____

                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx0453**<br>**WINDSTREAM**<br>**1720 GALLERIA BLVD**<br>**CHARLOTTE, NC 28270** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $974.59 |
| ACCT #:  **4073**<br>**WPIE SUPPLY, INC**<br>**P O BOX 589**<br>**LAFAYETTE, GA 30728** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $13,576.11 |
| ACCT #:  **xxxxxxxxxx-x0000**<br>**YP**<br>**2247 NORTHLAKE PKWY**<br>**TUCKER, GA 30084** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $922.14 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. __18__ of __18__ continuation sheets attached to          **Subtotal >** | $15,472.84
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                       **Total >** | $2,609,817.22

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re   **Phillips Brothers Machine Co., Inc.**                                    Case No. _____
                                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **DE LAGE LANDEN FINANCIAL SERV** <br> P O BOX 41602 <br> PHILADELPHIA, PA 19101-1602 | Lease - Two Copiers |
| **Phillips Machine Holdings, LLC** | Landlord |
| **SIEMENS FINANCIAL SERVICES INC** <br> 301 LINDENWOOD DR STE 215 <br> MALVERN, PA 19355 | Lease - Hass |
| **TCF EQUIPMENT FINANCE, INC** <br> 15450 S OUTER FORTY DR STE 220 <br> CHESTERFIELD, MO 63017 | Lease - Brake Press |
| **US BANCORP EQUIPMENT FINANCE INC** <br> 1310 MADRID ST STE 107 <br> MARSHALL, MN 56258 | Lease - Mazak Quik Turn Smart |

B6G (Official Form 6G) (12/07)

In re  **Phillips Brothers Machine Co., Inc.**

Case No. _____
　　　　　　　　　　　　　(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **US BANCORP EQUIPMENT FINANCE INC**<br>1310 MADRID ST STE 107<br>MARSHALL, MN 56258 | Lease - Mazak Quik Turn Nexus |

B6H (Official Form 6H) (12/07)

In re **Phillips Brothers Machine Co., Inc.**                    Case No. _____

                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor

in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or

territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-

year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Randall E. Phillips, Guarantor** | **Various Creditors** |

B 6 Summary (Official Form 6 - Summary) (12/14)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION (CHATTANOOGA)

In re   **Phillips Brothers Machine Co., Inc.**

Case No.

Chapter   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $2,583,279.94 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $979,671.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | $2,609,817.22 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 31 | $2,583,279.94 | $3,589,488.79 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re    **Phillips Brothers Machine Co., Inc.**                                              Case No. _____

                                                                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _____**President**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**33**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date  **3/4/2015**_____          Signature  **/s/ Randall E. Phillips**_____

                                                                          **Randall E. Phillips**
                                                                          **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION (CHATTANOOGA)**

In re:   Phillips Brothers Machine Co., Inc.

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None
☐

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,

including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this

case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that

maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.

| AMOUNT | SOURCE |
|---|---|
| $8,754,588.02 | 4/1/2012 to 3/31/2013 |
| $10,921,282.21 | 4/1/2013 to 3/31/2014 |
| $9,830,154.72 | 4/1/2014 to 2/2015 |

---

None
☑

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the

TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other

debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that

constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Listing | | | |

---

None
☐

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately

preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than

$6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support

obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached Listing | | | |

---

None
☑

c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors

who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION (CHATTANOOGA)

In re:   Phillips Brothers Machine Co., Inc.                    Case No.  _____

                                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this
bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both

---

None ☑ b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information

---

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned
to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must

---

### 6. Assignments and receiverships

None ☑ a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this
case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or

---

None ☑ b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property

---

### 7. Gifts

None ☑ List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual
gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100

---

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE
COMMENCEMENT OF THIS CASE.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both

---

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt
consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Farinash & Hayduk**<br>**100 West M L King Blvd**<br>**Ste. 816**<br>**Chattanooga, TN 37402** | 2/13/15 ($2,760.00)<br>3/2/15 ($9,240.00) | Total $12,000.00 |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION (CHATTANOOGA)**

In re:    Phillips Brothers Machine Co., Inc.                                     Case No.    _____

                                                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None 

### 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred

either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter

---

None ☑

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or

---

### 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise

transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts,

certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately

preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this

case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☐

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied

during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 530 Mission Ridge Road<br>Rossville, GA 30741 | Phillips Brothers Machine Co., Inc. | 2005-2012 |

---

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,

Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION (CHATTANOOGA)**

In re:   Phillips Brothers Machine Co., Inc.

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic

substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or

regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated

by the debtor, including, but not limited to, disposal sites.

---

None ☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or

potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if

---

None ☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous

Material.

---

None ☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is

---

## 18. Nature, location and name of business

None ☑  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending

dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,

sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the

commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately

preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending

dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX

---

None ☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION (CHATTANOOGA)**

In re:  Phillips Brothers Machine Co., Inc.

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,

within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner

of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor,

or self-employed in a trade, profession, or other activity, either full- or part-time.

---

### 19. Books, records and financial statements

None ☐

a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Henderson, Hutcherson & McCollough<br>Donnie Hutcherson<br>1200 Market St<br>Chattanooga, TN 37402 | |

---

None ☐

b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| HENDERSON HUTCHERSON & MCCULLOUGH, PLLC<br>1200 MARKET STREET<br>CHATTANOOGA, TN 37421 | |

---

None ☐

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the

| NAME | ADDRESS |
|---|---|
| Debtor | |
| and | |
| HENDERSON HUTCHERSON & MCCULLOUGH, PLLC<br>1200 MARKET STREET<br>CHATTANOOGA, TN 37421 | |

---

None ☐

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| CORNERSTONE COMMUNITY BANK<br>4154 Ringgold Road<br>Chattanooga, TN 37412 | 4/01/2014 |

---

### 20. Inventories

None ☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION (CHATTANOOGA)**

In re:   Phillips Brothers Machine Co., Inc.

Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

None ☑

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAG OF STOCK OWNERSHIP |
|---|---|---|
| Randall E. Phillips
1902 Long Hollow Road
Rock Spring, GA 30739 | President | 100 % |

---

### 22. Former partners, officers, directors and shareholders

None ☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the

---

None ☑

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately

---

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,

bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the

---

### 24. Tax Consolidation Group

None ☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax

purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of

---

### 25. Pension Funds

None ☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer,

has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION (CHATTANOOGA)**

In re:    **Phillips Brothers Machine Co., Inc.**

Case No. _____
                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **3/4/2015**_____        Signature   **/s/ Randall E. Phillips**_____
                                                                                            ***Randall E. Phillips***
                                                                                            ***President***

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION (CHATTANOOGA)**

IN RE:   **Phillips Brothers Machine Co., Inc.**

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3)<br><br>Nature of claim (trade debt, bank loan, | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| JOSEPH T RYERSON & SON<br>4400 PEACHTREE IND BLVD<br>NORCROSS, GA 30091-4725 | | | | **$1,076,173.17** |
| SISKIN STEEL COMPANY<br>P O BOX 1191<br>CHATTANOOGA, TN 37401-1191 | | | | **$291,369.45** |
| HEIL ENVIRONMENTAL<br>106 45TH STREET N.E.<br>FORT PAYNE, AL 35967 | | | | **$167,356.69** |
| TOOL CRIB<br>3002 INDUSTRIAL PKWY<br>KNOXVILLE, TN 37950 | | | | **$121,241.33** |
| INDUSTRIAL WELDING SUPPLY<br>P O BOX 4014<br>CHATTANOOGA, TN 37405 | | | | **$106,414.54** |
| ONEAL STEEL, INC<br>P O BOX 2623<br>BIRMINGHAM, AL 35202 | | | | **$82,154.79** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION (CHATTANOOGA)**

IN RE:    **Phillips Brothers Machine Co., Inc.**

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | Nature of claim (trade debt, bank loan, | Indicate if claim is contingent, unliquidated, disputed, or subject to | Amount of claim [if secured also state value of security] |
| A M CASTLE & CO/CASTLE METALS 1420 KENSINGTON RD STE 220 OAKBROOK, IL 60523 | | | | $70,709.71 |
| HENDERSON HUTCHERSON & MCCULLOUGH, PLLC 1200 MARKET STREET CHATTANOOGA, TN 37421 | | | | $54,877.09 |
| M FORCE STAFFING INC 1626 DOWNTOWN WEST BOULEVARD KNOXVILLE, TN 37919 | | | | $51,177.29 |
| KLEEN-A-MATIC P.O.BOX 730 ROSSVILLE, GA 30741 | | | | $43,090.99 |
| BODYCOTE THERMAL PROCESSING INC 1690 HWY 138 N E CONYERS, GA 30013 | | | | $28,303.72 |
| ASTRALLOY STEEL PRODUCTS 8 WOOD HOLLOW RD ST 102 PARSIPPANY, NJ 7054 | | | | $27,596.87 |
| C & S PLATING & MACHINE, INC 9077 HIGHWAY 11, SOUTH TRENTON, GA 30752 | | | | $26,328.80 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION (CHATTANOOGA)**

IN RE:    Phillips Brothers Machine Co., Inc.

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | Nature of claim (trade debt, bank loan, | Indicate if claim is contingent, unliquidated, disputed, or subject to | Amount of claim [if secured also state value of security] |
| PREMIER ENGINEERING 1635 LAKES PARKWAY STE U LAWRENCEVILLE, GA 30043-5858 | | | | $26,169.66 |
| STATELINE FASTENERS, LLC P O BOX 91165 CHATTANOOGA, TN 37412 | | | | $25,420.79 |
| SIEMENS FINANCIAL SERVICES INC 301 LINDENWOOD DR STE 215 MALVERN, PA 19355 | | | | $19,595.20 |
| BOXX GEAR MANUFACTURING INC 787 OLD TRINITY ROAD DECATUR, AL 35601 | | | | $16,249.00 |
| EMPLOYERS ASSURANCE COMPANY 14120 BALLANTYNE CORP PL STE 100 CHARLOTTE, NC 28277-2685 | | | | $16,054.00 |
| BUSINESS CARD BK OF AMERICA P O BOX 982238 EL PASO, TX 79998 | | | | $14,450.69 |
| MACHINERY FINANCE RESOURCES P O BOX 7167 PASADENA, CA 91109-7167 | | | | $14,006.40 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION (CHATTANOOGA)**

IN RE:  Phillips Brothers Machine Co., Inc.

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.

Date:__ **3/4/2015** _____     Signature:__ **/s/ Randall E. Phillips** _____
                                                          *Randall E. Phillips*
                                                          **President**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION (CHATTANOOGA)**

IN RE:    **Phillips Brothers Machine Co., Inc.**

CASE NO

CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _3/4/2015_____

Signature _**/s/ Randall E. Phillips**_____
*Randall E. Phillips*
*President*

Date _____

Signature _____

A M CASTLE & CO/CASTLE METALS
1420 KENSINGTON RD STE 220
OAKBROOK, IL 60523


ACCIDENT FUND INS CO OF AMERICA
P O BOX 40790
LANSING, MI 48901-7990


ACE HARDWARE
4921 HWY 58
CHATTANOOGA, TN 37416


ACS OF GEORGIA-CHAMBLEE
3812 GREEN INDUSTRIAL WAY
CHAMBLEE, GA 30341


ADP, LL
ONE ADP DRIVE MS-100
AUGUSTA, GA 30909


ALLIANT HEALTH PLANS, INC
1503 N TIBBS RD
DALTON, GA 30720


ALLTRA CORPORATION
P O BOX 370
DEWEY, OK 74029


APPLIED INDUSTRIAL TECH.
4136 JERSEY PIKE STE A
CHATTANOOGA, TN 37421-2241


ASHLEY SLING INC.
3711 CALHOUN AVE
CHATTANOOGA, TN 37407

ASTRALLOY STEEL PRODUCTS
8 WOOD HOLLOW RD ST 102
PARSIPPANY, NJ 7054


AVERITT EXPRESS
1415 NEAL STREET
COOKEVILLE, TN 38502-3145


BEST ONE TIRE SERVICE
2348 ROSSVILLE BLVD
CHATTANOOGA, TN 37408


BLUFF ROCK LANDSCAPE MAINTENANCE
P O BOX 7
CHICKAMAUGA, GA 30707


BODYCOTE THERMAL PROCESSING INC
1690 HWY 138 N E
CONYERS, GA 30013


BOXX GEAR MANUFACTURING INC
787 OLD TRINITY ROAD
DECATUR, AL 35601


BP BUSINESS SOLUTIONS
P O BOX 923928
NORCROSS, GA 30010


BUSINESS CARD BK OF AMERICA
P O BOX 982238
EL PASO, TX 79998


C & S PLATING & MACHINE, INC
9077 HIGHWAY 11, SOUTH
TRENTON, GA 30752

CCTY USA BEARING CO
1111 ROSE ROAD
LAKE ZURICH, IL 60047


CENTURY SPRING CORP.
P O BOX 15287
LOS ANGELES, CA 90015


CHATTANOOGA PAPER & PACKAGING
1641 FERNWOOD CIRCLE
CHATTANOOGA, TN 37421


CITY OF LAFAYETTE
P O BOX 89
LAFAYETTE, GA 30728


COLONIAL  SUPPLEMENTAL INS. CO.
PROC CTR P O BOX 1365
COLUMBIA, SC 29202-1365


COMMUNICATIONS & ELECTRONICS
P O BOX 5445
CHATTANOOGA, TN 37406


COMPANION LIFE INSURANCE CO
P O BOX 100102
COLUMBIA, SC 29202-3102


CORNERSTONE COMMUNITY BANK
4154 Ringgold Road
Chattanooga, TN 37412


CRESWELL RICHARDSON
900 APPLING STREET
CHATTANOOGA, TN 37406

DE LAGE LANDEN FINANCIAL SERV
P O BOX 41602
PHILADELPHIA, PA 19101-1602


DIRECT METALS
3775 COBB INTERNATIONAL BLVD
KENNESAW, GA 30152


DUPLICATOR SUPPLY CO.,INC
P.O.BOX 3323
CHATTANOOGA, TN 37404-0323


DYNAMIC COMPUTER SALES & SERVICE
P O BOX 8125
CHATTANOOGA, TN 37414


EDWARD W DANIEL LLC
46950 STATE ROUTE 18 W, STE B
WELLINGTON, OH 44090


ELLISON TECHNOLOGIES
4345 MORRIS PARK DR
CHARLOTTE, NC 28227


EMPLOYERS ASSURANCE COMPANY
14120 BALLANTYNE CORP PL STE 100
CHARLOTTE, NC 28277-2685


ENGINEERED SEALING PRODUCTS INC
P O BOX 310
COLLEGE GROVE, TN 37046


EPSI MASKING & HANGING SOLUTIONS
4221 COURTNEY ROAD
FRANKSVILLE, WI 53126

ESTES EXPRESS LINES
P O BOX 25612
RICHMOND, VA 23260-5612


FASTENAL
4716 ROSSVILLE BLVD
CHATTANOOGA, TN 37407


FIVE STAR FOOD SERVICE INC
248 ROLLINS INDUSTRIAL COURT
RINGGOLD, GA 30736


FLEGAL INSURANCE INC.
P.O.BOX 39
ROSSVILLE, GA 30741


FORD CREDIT
P O BOX 62180
COLORADO SPRINGS, CO 80962


GE CAPITAL
P O BOX 3083
CEDAR RAPIDS, IA 52406-3083


Georgia Department of Revenue
Compliance Division
ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100


HEIL ENVIRONMENTAL
106 45TH STREET N.E.
FORT PAYNE, AL 35967


HENDERSON HUTCHERSON & MCCULLOUGH, PLLC
1200 MARKET STREET
CHATTANOOGA, TN 37421

INDUSTRIAL WELDING SUPPLY
P O BOX 4014
CHATTANOOGA, TN 37405


Internal Revenue Service
Central Insolvency Operation
P O Box 21126
Philadelphia, PA 19114-0326


J & M TOOL CUTTER GRINDING, INC
38 DEVILS CREEK RD
CORBIN, KY 40701


J SUPPLY CO INC
88 ADDINGTON DR
ROME, GA 30165


JEFFREYS
8500 TRIAD DRIVE
COLFAX, NC 27235


JORGENSEN CONVEYORS, INC
10303 NORTH BAEHR ROAD
MEQUON, WI 53092-4611


JOSEPH T RYERSON & SON
4400 PEACHTREE IND BLVD
NORCROSS, GA 30091-4725


K-M INDUSTRIAL PRODUCTS
P O BOX 1285
OXFORD, GA 30054


KENCO MATERIAL HANDLING SOLUTIONS
2001 RIVERSIDE DR BLDG #3
CHATTANOOGA, TN 37401

KIRK MACHINE CO.
P O BOX 2066
CHATTANOOGA, TN 37409


KLEEN-A-MATIC
P.O.BOX 730
ROSSVILLE, GA 30741


LEGACY MANUFACTURING, INC
2775 LAKEVIEW DR
ROSSVILLE, GA 30741


LOWES/SYNCHRONY BANK
P O BOX 965060
ORLANDO, FL 32896-5060


M FORCE STAFFING INC
1626 DOWNTOWN WEST BOULEVARD
KNOXVILLE, TN 37919


MACHINERY FINANCE RESOURCES
P O BOX 7167
PASADENA, CA 91109-7167


MARMON/KEYSTONE COMPANY
4250 BLUE RIDGE IND. PKWY
NORCROSS, GA 30071


MATERIAL HANDLING, INC
1050 STUART ST
CHATTANOOGA, TN 37406


MAZAK CORPORATION - S E
8025 PRODUCTION DRIVE
FLORENCE, KY 41022

MCMASTER-CARR
6100 FULTON IND BLVD SW
ATLANTA, GA 30336-2853


METALTEK INTERNATIONAL
4180 SOUTH CREEK ROAD
CHATTANOOGA, TN 37406


MITSUBISHI ELECTRIC AUTOMATION INC.
500 CORPORATE WOODS PKWY
VERNON HILLS, IL 60061


MOTION INDUSTRIES
3740 POWERS COURT STE 400
CHATTANOOGA, TN 37416


MSC INDUSTRIAL SUPPLY
4295 CROMWELL RD STE 307
CHATTANOOGA, TN 37421


O'REILLY AUTOMOTIVE STORES, INC.
P.O.BOX 9464
SPRINGFIELD, MO 65801-9464


OFFICE DEPOT CREDIT PLAN
P O BOX 790449
ST LOUIS, MO 63179-0449


ONEAL STEEL, INC
P O BOX 2623
BIRMINGHAM, AL 35202


Phillips Machine Holdings, LLC

PIPING SUPPLY COMPANY INC
3008 N HICKORY STREET
CHATTANOOGA, TN 37406


PITNEY BOWES
P O BOX 371887
PITTSBURGH, PA 15250-7887


PLIC - SBD GRAND ISLAND
P O BOX 10372
DES MOINES, IA 50306-0372


PM ALARMS, LLC
P O BOX 22505
CHATTANOOGA, TN 37422


POWER SYSTEMS INC
805 MCFARLAND PKWY
ALPHARETTA, GA 3004


PREMIER ENGINEERING
1635 LAKES PARKWAY STE U
LAWRENCEVILLE, GA 30043-5858


PRODUCTION TOOL SYS. INC.
2100 SOUTH HOLTZCLAW AVE
CHATTANOOGA, TN 37404


Randall E. Phillips, Guarantor


REMEDY INTELLIGENT STAFFING
6227 LEE HWY STE J
CHATTANOOGA, TN 37421

RENISHAW INC.
5277 TRILLIUM BLVD
HOFFMAN ESTATES, IL 60192

ROCK-TENN FINANACIAL INC
P O BOX 4098
NORCROSS, GA 30091

ROLLED ALLOYS INC
125 W STERNS ROAD
TEMPERANCE, MI 48182

SAFETY & COMPLIANCE MGMT, INC.
P O BOX 615
ROCK SPRING, GA 30739

SAFETY-KLEEN CORP
2600 N CENTRAL EXPRSWY STE 400
RICHARDSON, TX 75080

SAS GLOBAL
21601 MULLIN AVE
WARREN, MI 48089

SECURITY STEEL SUPPLY CO.
P O BOX 227
KANKAKEE, IL 60901

SHOPTECH
180 GLASTONBURY BLVD SUITE 303
GLASTONBURY, CT 6033

SIEMENS FINANCIAL SERVICES INC
301 LINDENWOOD DR STE 215
MALVERN, PA 19355

SISKIN STEEL COMPANY
P O BOX 1191
CHATTANOOGA, TN 37401-1191


SOUTHEAST RUBBER & SAFETY
P O BOX 1568
CHATTANOOGA, TN 37401


SPINDLES PLUS, INC.
4265 ARMSTRONG BLVD.
BATAVIA, OH 45103


STATE FARM INS. COMPANY
11350 JOHNS CREEK PKWY
DULUTH, GA 30089-0001


STATE FARM INS. COMPANY
11350 JOHNS CREEK PKWY
DULUTH, GA 30098-0001


STATELINE FASTENERS, LLC
P O BOX 91165
CHATTANOOGA, TN 37412


SUNTRUST CONSUMER LOAN PAYMENTS
P O BOX 305053
NASHVILLE, TN 37230


TCF EQUIPMENT FINANCE, INC
15450 S OUTER FORTY DR STE 220
CHESTERFIELD, MO 63017


TCI, INC
734 DIXON DRIVE
ELLAVILLE, GA 31806

TECHNOLOGY SALES CO. INC
4027-B SOUTH ACCESS ROAD
CHATTANOOGA, TN 37406


THE CINCINNATI INSURANCE COMPANY
P O BOX 145620
CINCINNATI, OH 45250-5620


TOOL CRIB
3002 INDUSTRIAL PKWY
KNOXVILLE, TN 37950


ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE, WI 53158


UNITED RENTALS (NORTH AMERICA), INC
320 INDUSTRIAL BLVD
RINGGOLD, GA 30736


UPS
P O BOX 7247-0244
PHILADELPHIA, PA 19170


UPS FREIGHT
P O BOX 1216
RICHMOND, VA 23218-1216


US BANCORP EQUIPMENT FINANCE INC
1310 MADRID ST STE 107
MARSHALL, MN 56258


USF HOLLAND INC
P O BOX 9021
HOLLAND, MI 49422-9021

VISION SERVICE PLAN
P O BOX 742529
LOS ANGELES, CA 90074-2529


WALTER A. WOODS SUPPLY CO
P O BOX 100
ROSSVILLE, GA 30741


WASTE SERVICES OF GEORGIA
1387 WISDOM STREET
CHATTANOOGA, TN 37406


WILSON TOOL INTERNATIONAL
12912 FARNHAM AVENUE
WHITE BEAR LAKE, MN 55110


WINDSTREAM
1720 GALLERIA BLVD
CHARLOTTE, NC 28270


WPIE SUPPLY, INC
P O BOX 589
LAFAYETTE, GA 30728


YP
2247 NORTHLAKE PKWY
TUCKER, GA 30084

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION (CHATTANOOGA)**

IN RE:                                                                    CHAPTER   **11**

**Phillips Brothers Machine Co., Inc.**


DEBTOR(S)                                                          CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Randall E. Phillips | | 100 % | |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.


Date:  **3/4/2015**_____          Signature:  **/s/ Randall E. Phillips**_____
                                                                          ***Randall E. Phillips***
                                                                          **President**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION (CHATTANOOGA)**

IN RE: §

**Phillips Brothers Machine Co., Inc.** §

§        Case No. _____

§

Debtor(s)        §        Chapter    **11**

# DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts] --*
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company] --*
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:   **3/4/2015**            **/s/ Randall E. Phillips**
Randall E. Phillips
President
**Complete EIN:  58-1615947**

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:   **3/4/2015**                      **/s/ Jerrold D. Farinash**
Jerrold D. Farinash, Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT


In re Phillips Brothers Machine Co., Inc.          Case No. _____
                    (Debtor(s)                     Chapter   11 _____


CORPORATE OWNERSHIP STATEMENT  (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate
possible disqualification or recusal, the undersigned counsel for  Phillips Brothers Machine Co.,
Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than
the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of
the corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:


 X None [check if applicable]


      03/04/2015                                        /s/ Randall E. Phillips
Date                                               Statement of attorney or Litigant